## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TAMMY NICKENS** | * | **CIVIL ACTION NO. 25-344** |
| | * | |
| **VERSUS** | * | **SECTION: "H"(1)** |
| | * | |
| **ALBERTSONS COMPANIES INC. LOUISIANA, ET AL.** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |
| | * | |

## ORDER

The Court, after considering the pleadings, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the defendants have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's First Motion for Leave to File Supplemental and Amending Petition (Rec. Doc. 32) is **GRANTED.**

**IT IS FURTHER ORDERED** that because joinder of the non-diverse defendants destroys this Court's diversity jurisdiction, this matter is hereby **REMANDED** to the 21st Judicial District Court for the Parish of Tangipahoa, Louisiana.

New Orleans, Louisiana, this 2nd day of December, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**